IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adams, Vincent<br>Adams, Gail<br>Printed: 02/03/09 | Case Number: 08 B 00097<br>Judge: Goldgar, A. Benjamin<br>Filed: 1/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 23, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,500.00 | |
| Secured: | | 676.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,530.50 |
| Trustee Fee: | | 293.40 |
| Other Funds: | | 0.00 |
| Totals: | 4,500.00 | 4,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,530.50 | 3,530.50 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Matco Tools | Secured | 0.00 | 0.00 |
| 4. | Snap-On Credit LLC | Secured | 0.00 | 0.00 |
| 5. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 6. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 7. | Chase Bank | Secured | 0.00 | 0.00 |
| 8. | HSBC Mortgage Corp | Secured | 2,000.00 | 131.92 |
| 9. | Bank Of New York | Secured | 8,250.59 | 544.18 |
| 10. | Capital One | Unsecured | 225.34 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 45.75 | 0.00 |
| 12. | Chase Bank | Unsecured | 31.81 | 0.00 |
| 13. | Chase Bank | Unsecured | 102.47 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 946.57 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,199.14 | 0.00 |
| 16. | Capital One | Unsecured | 55.71 | 0.00 |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 19. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Lease Finance Group | Unsecured | | No Claim Filed |
| | | | $ 16,387.88 | $ 4,206.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Adams, Vincent           Case Number:  08 B 00097
Adams, Gail                          Judge:  Goldgar, A. Benjamin
Printed: 02/03/09                    Filed:  1/3/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 234.00 |
| 6.6% | 59.40 |
|  | $ 293.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

